FILED
CLERK, U.S. DISTRICT COURT
9/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DTA\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:21-cr-00200-VAP |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(1),(b)(1): Transportation of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| PATRICK WHEELER THEODORE MORRIS, aka "kids.s.@gmx.com.com" aka "kidsex420," aka "babypatrolchild," aka "patrickmorris.83.pm@ gmail.com," aka "funtimessex@yandex.com," aka "mcfaddenpatrick379@ gmail.com," aka "Pthc Fun," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about August 8, 2018, in Riverside County, within the Central District of California, defendant PATRICK WHEELER THEODORE MORRIS, also known as ("aka") "kids.s.@gmx.com.com," aka "kidsex420," aka "babypatrolchild," aka "patrickmorris.83.pm@gmail.com," aka

"funtimessex@yandex.com," aka "mcfaddenpatrick379@gmail.com," aka "Pthc Fun," knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant MORRIS transported included, but was not limited to, an image and video titled "176760528711.mp4."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 12, 2018, in Riverside County, within the Central District of California, and elsewhere, defendant PATRICK WHEELER THEODORE MORRIS, also known as ("aka") "kids.s.@gmx.com.com," aka "kidsex420," aka "babypatrolchild," aka "patrickmorris.83.pm@gmail.com," aka "funtimessex@yandex.com," aka "mcfaddenpatrick379@gmail.com," aka "Pthc Fun," knowingly possessed a Dropbox account associated with the email address "patrickmorris.83.pm@gmail.com," that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about December 2, 2018, in Riverside County, within the Central District of California, defendant PATRICK WHEELER THEODORE MORRIS, also known as ("aka") "kids.s.@gmx.com.com," aka "kidsex420," aka "babypatrolchild," aka "patrickmorris.83.pm@gmail.com," aka "funtimessex@yandex.com," aka "mcfaddenpatrick379@gmail.com," aka "Pthc Fun," knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant MORRIS transported included, but was not limited to, the following images titled:

(1) "180725363342_0_inline_image.jpg";
(2) "180725363342_1_inline_image.jpg";
(3) "180714299302_2_inline_image.jpg";
(4) "180714299302_1_inline_image.jpg";
(5) "180746928347_0_inline_image.jpg"; and
(6) "180725360307_0_inline_image.jpg."

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about October 14, 2019, in Riverside County, within the Central District of California, defendant PATRICK WHEELER THEODORE MORRIS, also known as ("aka") "kids.s.@gmx.com.com," aka "kidsex420," aka "babypatrolchild," aka "patrickmorris.83.pm@gmail.com," aka "funtimessex@yandex.com," aka "mcfaddenpatrick379@gmail.com," aka "Pthc Fun," knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant MORRIS transported included, but was not limited to, an image and video titled "5da44eced751347bf1e66a16.mp4."

A TRUE BILL

\_\_\_/S/\_\_\_
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

KAITLYN B. LASATER
Special Assistant United States Attorney
Riverside Branch Office